UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MELIKA MOHAMMADI GAZVAR OLYA,** | § § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **ANGEL GARITE,** *Assistant Field Office Director, El Paso Field Office, El Paso Service Processing Center*; | § § § § § | |
| **MARY DE ANDA-YBARRA,** *Field Office Director, El Paso Field Office, United States Immigration and Customs Enforcement*; | § § § § § | EP-25-CV-00083-DCG |
| **TODD LYONS,** *Acting Director, United States Immigration and Customs Enforcement*; **and** | § § § § | |
| **PAMELA BONDI,** *United States Attorney General*, **in their official capacities**, | § § § § | |
| *Respondents*. | § § | |

# ORDER

On August 21, 2025, Respondents represented to the Court that "there [wa]s a significant likelihood" that the Government would remove Petitioner Melika Mohammadi Gazvar Olya "to Iran in the reasonably foreseeable future," in part because "there [wa]s a charter flight [to Iran] scheduled" "[i]n August 2025 . . . with up to one hundred (100) Iranian citizens manifested."[1] It's now September 2025, yet Petitioner reports that she's still in the U.S. Government's custody in the United States.[2]

---

[1] Hodges Decl., ECF No. 19-1, at 2.

[2] *See, e.g.*, Pet'r's Suppl. Br., ECF No. 20, at 3.

- 2 -

The Court therefore **ORDERS** Respondents to **FILE** a document by **September 18, 2025** informing the Court regarding:

(1) whether the Government did in fact remove approximately 100 Iranian citizens from the United States *via* charter flight in August 2025;

(2) if so:

    (a) the date that flight departed;

    (b) the identity of each Iranian citizen deported on that flight; and

    (c) the length of time each such person had been in the Government's custody before his or her removal; and

(3) when and how the Government will remove Petitioner from the United States.

**So ORDERED and SIGNED this 3rd day of September 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**