UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MELIKA MOHAMMADI GAZVAR OLYA,** § § § *Petitioner*, § **v.** § § **ANGEL GARITE,** § *Assistant Field Office Director, El Paso Field Office, El Paso Service Processing Center*; § § **MARY DE ANDA-YBARRA,** § *Field Office Director, El Paso Field Office, United States Immigration and Customs Enforcement*; § **TODD LYONS,** § *Acting Director, United States Immigration and Customs Enforcement*; **and** § **PAMELA BONDI,** § *United States Attorney General*, § ***in their official capacities***, § § *Respondents*. § | EP-25-CV-00083-DCG |

## ORDER CLOSING CASE

On October 14, 2025, the Court granted Petitioner Melika Mohammadi Gazvar Olya's Petition for Writ of Habeas Corpus and ordered Respondents to either remove or release Petitioner by November 14, 2025.[1] On November 14, 2025, Respondents filed a Status Report stating that Respondents had complied with the Court's Order by releasing Petitioner on an order of supervision.[2] Now that Petitioner has obtained the habeas relief to which she is entitled, there appears to be nothing further for the Court to do in this case.

---

[1] *See generally* Mem. Op. & Order, ECF No. 25; *see also* Pet., ECF No. 1.

[2] *See* Status Report, ECF No. 26, at 1; *see also* Notice to EOIR: Alien Address, ECF No. 26-1, at 1.

- 2 -

The Court therefore **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 19th day of November 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**